AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Kathy Barnett<br>*Plaintiff*<br>v.<br>Commissioner of Social Security<br>*Defendant* | ) ) ) ) ) ) Civil Action No. 3:16-cv-279 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Commissioner's non-disability finding is hereby VACATED; No finding is made as to whether Plaintiff Kathy Barnett was under a "disability" within the meaning of the Social Security Act; Case is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for _____ .

Date: 9/28/17

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*